**United States District Court**
For the Northern District of California

1
2
3
4
5

6 IN THE UNITED STATES DISTRICT COURT

7
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10 STRAIGHT PATH IP GROUP, INC.,

11              Plaintiff,                          No. C 14-04312 WHA

12      v.

13 CISCO SYSTEMS, INC.,                            **ORDER RE STIPULATION
                                                    TO STAY LITIGATION AND
14              Defendant.                          SETTING CASE MANAGEMENT
                                          /         CONFERENCE**

15

16          The parties' stipulation to stay this action pending the Federal Circuit's decision with

17 respect to *Sipnet EU S.R.O. v. Straight Path IP Group, Inc.*, IPR No. 2013-00246, is **DENIED**

18 **WITHOUT PREJUDICE**.  While the undersigned judge is sympathetic to a stay of the portion of the

19 case involving the patent now on appeal, there are three other asserted patents for which the

20 PTAB has not yet decided whether to institute review.  A case management conference is hereby

21 set for **DECEMBER 18, 2014, AT 11:00 A.M.**  A case management statement is due **DECEMBER**

22 **11, 2014**.  Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450

23 Golden Gate Avenue, San Francisco, CA 94102.  No deadline is stayed for now.

24
25          **IT IS SO ORDERED.**

26 Dated:   November 20, 2014.                    
                                                  WILLIAM ALSUP
27                                                UNITED STATES DISTRICT JUDGE

28